# Appendix: <u>Copeland v. D.C.</u> (No. 13-837) Attorney Fee and Costs Award Calculation

| Attorney | Fee Category | Nov. 2012 – May 2013 | June 2013 – May 2014 | June 2014 – May 2015 | June 2015 – May 2016[a] | Fee Subtotal (after 5% overall reduction) | Costs[b] | Total Award |
|---|---|---|---|---|---|---|---|---|
| Ostrem | Regular Hours[c] | 52.6 hrs * $290/hr = $15,254 | 16 hrs * $295/hr = $4,720 | 26.2 hrs * $300/hr = $7,860 | 15.6 hrs * $386/hr = $6,021.60 | $33,855.60 * (.95) = $32,162.82 | $872.80 | $33,871.62 |
| | Travel Hours | 4 hrs * $145/hr = $580 | N/A | 2 hrs * $150/hr = $300 | N/A | $880 * (.95) = $836 | | ■■■ |
| Tyrka | Regular Hours | N/A | 33.25 hrs * $450/hr = $14,962.50 | 53 hrs * $460/hr = $24,380 | 15.75 hrs * $504/hr = $7,938 | $47,280.50 * (.95) = $44,916.48 | N/A | $44,916.48 |
| ■■■ | | | | | | | | $78,788.10 |

---

[a] Includes hours spent preparing Reply Memorandum in Support of Fees Motion.

[b] Copying costs are calculated at $.15/page.

[c] Includes regular hours, clerical hours, and hours preparing fee petition.